**PRIORITY SEND**
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 08-1941-VAP (JWJx)                          Date:  January 26, 2009

Title:     HOMESALES, INC. -v- VICTOR G. RAMIREZ; ALICIA R. RAMIREZ; and , DOES 1 to 6, Inclusive
================================================================
PRESENT:    HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

   Marva Dillard                                    None Present
   Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR              ATTORNEYS PRESENT FOR
PLAINTIFFS:                        DEFENDANTS:

   None                                             None

PROCEEDINGS:    MINUTE ORDER: (1) VACATING JANUARY 30, 2009 HEARING; (2) GRANTING MOTION TO REMAND (IN CHAMBERS)

    The Court has received and considered all papers filed in support of Plaintiff Homesales, Inc.'s ("Plaintiff") Motion to Remand ("Motion").  Plaintiff's Motion is appropriate for resolution without oral argument.  <u>See</u> Fed. R. Civ. P. 78; Local R. 7-15.

    The Court granted Plaintiff's Ex Parte Application for an Order Shortening Time on January 16, 2009 and set this matter for hearing on January 30, 2009, with Opposition to be filed no later than January 22, 2009.  Under Local Rule 7-9, a party must file opposition papers no later than 14 days before the date designated for the

EDCV 08-1941-VAP (JWJx)
HOMESALES, INC. v VICTOR G. RAMIREZ; ALICIA R. RAMIREZ; and , DOES 1 to 6, Inclusive
MINUTE ORDER of January 26, 2009

hearing of the motion.  Defendants filed no opposition.  Under Local Rule 7-12, the Court finds Defendants have consented to granting the Motion.  Plaintiff's Complaint is remanded to the Superior Court for the County of San Bernardino.

**IT IS SO ORDERED.**